Douglas L. Gordon #163992
Aida S. Macedo #294632
MILES SEARS & EANNI
2844 Fresno St.
Fresno, CA 93721
(559) 486-5200
(559) 486-5240 – fax

*Attorneys for* Plaintiff LUIS ALBERTO MENDEZ JIMENEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS ALBERTO MENDEZ JIMENEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, COUNTY OF SACRAMENTO; and DOES 1-20, Inclusive,<br><br>　　　　　　Defendants. | Case No.: **2:17-CV-01914-JAM-KJN**<br><br>**ORDER RE PARTIES' STIPULATION GRANTING LEAVE FOR PLAINTIFF TO AMEND COMPLAINT**<br><br>1.　**Federal Rule of Civil Procedure 15(a)(2)** |

**ORDER**

　　**IT IS SO ORDERED** THAT THE PARTIES' STIPULATION concurrently filed hereby becomes final and that the First Amended Complaint and Defendant COUNTY OF SACRAMENTO's Answer are deemed filed with the signing of this ORDER. Defendant COUNTY OF SACRAMENTO can file an Amended Answer in accordance with the stipulation.

DATED: November 14, 2017

　　　　　　　　　　　　　　　　**/s/ JOHN A. MENDEZ**
　　　　　　　　　　　　　　　　JUDGE OF THE UNITED STATES DISTRICT
　　　　　　　　　　　　　　　　COURT, EASTERN DISTRICT OF CALIFORNIA